**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1311

JUAN REYES LOZANO-BOLANOS,

　　　　　Petitioner,

　　v.

ERIC H. HOLDER, JR., Attorney General,

　　　　　Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:　November 20, 2014　　　Decided:　December 19, 2014

Before KING, DUNCAN, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Eileen P. Blessinger, Heather M. Cleary, BLESSINGER LEGAL, PLLC Falls Church, Virginia, for Petitioner. Stuart F. Delery, Assistant Attorney General, Terri J. Scadron, Assistant Director, Meadow W. Platt, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Reyes Lozano-Bolanos, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's decision finding that he was convicted of a particularly serious crime and pretermitting his request for withholding of removal.* We have thoroughly reviewed the record, including the relevant exhibits and the transcript of Lozano-Bolanos' merits hearing, and conclude that the Board did not abuse its discretion in finding that Lozano-Bolanos was convicted of a particularly serious crime and thus was ineligible for withholding of removal. See 8 U.S.C. § 1231(b)(3)(B)(ii) (2012). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Lozano-Bolanos (B.I.A. Mar. 26, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

* On appeal, Lozano-Bolanos does not challenge the denial of his applications for asylum and for protection under the Convention Against Torture.

2